KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES,CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426


USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
 c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

**To**:          CLERK, UNITED STATES BANKRUPTCY COURT

**Re**:          UNDISTRIBUTED FUNDS - 3011

**Case No.**:   **LA17-11406-SK**

**Debtor(s)**:   Sarita Catherine Durant
               2260 West 29th St
               Los Angeles, CA 90018


<u>Explanation of Source:</u>    Transmitted herewith for deposit into the Court registry is the check identified below.  Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds.  Consequently, this check represents undistributed funds in the above referenced matter.

| PAYEE | AMOUNT | CHECK  NUMBER |
|---|---|---|
| Sarita Catherine Durant | $1,000.00 | 1224995 |

2260 West 29th St
Los Angeles, CA 90018

DATED: August 20, 2020

Kathy A. Dockery
Chapter 13 Trustee